PEOPLE ex rel. McMILLAN et al. v. VANDERPOOL et al. (Supreme Court, Appellate Division, Third Department. September 8, 1898.) Action by the people of the state of New York, on the relation of Jacob S. McMillan and others, against Albert Vanderpool and others. No opinion. Motion granted, with leave to defendants to read and file answering affidavits; the court not now passing upon the objections of the defendants to the reception of such affidavits, or any of them, but reserving to itself the right to determine the competency and effect thereof, at the time of deciding the principal question.

PEOPLE ex rel. MIDDLETON, Appellant, v. McCARTNEY, Respondent. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by the people of the state of New York, on the relation of Orlande F. Middleton, against James McCartney, commissioner. W. C. Reddy, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. MILTON et al., Respondents, v. ROCKWELL, Appellant. (Supreme Court, Appellate Division, Third Department. September 20, 1898.) Action by the people of the state of New York, on the relation of Milton and others, against Lee Rockwell, as clerk of the village of Plattsburgh. No opinion. Order modified by striking out provision as to fine, and, as thus modified, affirmed. PUTNAM and HERRICK, JJ., dissenting.

PEOPLE ex rel. NEW YORK, W. S. & B. R. CO. et al. v. JOHNSON et al. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by the people of the state of New York, on the relation of the New York, West Shore & Buffalo Railroad Company and another, against Spencer Johnson and others, assessors. No opinion. Motion for leave to appeal to the court of appeals denied for the reason that the case presents disputed questions of fact, which cannot be determined until the entry of final judgment. See People v. Johnson, 29 App. Div. 75, 51 N. Y. Supp. 388; 53 N. Y. Supp. 1111.

PEOPLE ex rel. STRAUSS, Respondent, v. LEUBUSCHER, Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Action by the people of the state of New York, on the relation of Frederick Strauss, against Louis Leubuscher.

PER CURIAM. For the reasons given in the opinions of Ingraham and Rumsey, JJ., in People v. Leubuscher (herewith handed down) 54 N. Y. Supp. 869, the order appealed from should be affirmed, with $10 costs and disbursements.

PEOPLE ex rel. TUCKER, Relator, v. VAN WYCK, Mayor, Respondent. (Supreme Court, Appellate Division, First Department. November 23, 1898.) Certiorari by the people of the state of New York, on the relation of John A. Tucker, to review the action of Robert A. Van Wyck, mayor of the city of New York, in removing relator as one of the aqueduct commissioners appointed under the provisions of Laws 1888, c. 584. Dismissed. Elihu Root, for relator. Theodore Connoly, for respondent.

INGRAHAM, J. For the reasons stated in the case of People v. Van Wyck (decided herewith) 54 N. Y. Supp. 675, the proceedings are affirmed, and the writ dismissed, with costs. VAN BRUNT, P. J., and BARRETT and McLAUGHLIN, JJ., concur. RUMSEY, J., dissents.

In re PERCIVAL. (Supreme Court, Appellate Division, Third Department. November 22, 1898.) In the matter of the examination of Reuben Percival, in proceedings supplementary to execution, on the application of Joseph Newton Hallock. No opinion. Order affirmed, with $10 costs and disbursements.

PERSONS et al., Respondents, v. BUFFALO CITY MILLS, Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Henry H. Persons and another, as receiver, etc., against the Buffalo City Mills, Limited, impleaded, etc. No opinion. Order affirmed. Like order in 18 other cases between same parties. See 51 N. Y. Supp. 645.

In re PORT CHESTER RY. CO. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) In the matter of the application of the Port Chester Railway Company for the appointment of commissioners, etc. No opinion. Application granted. Joseph A. Burr and Nathaniel H. Clement, of the borough of Brooklyn, and William H. Wright, of Somers, county of Westchester, appointed commissioners.

PORTER, Respondent, v. FAYZETTE, Appellant. (Supreme Court, Appellate Division, Third Department. November 22, 1898.) Action by Albert F. Porter against Abraham Fayzette. No opinion. Judgment affirmed, with costs.

POSTE, Appellant, v. AMERICAN UNION LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 22, 1898.) Action by Anna Ellsworth Poste against the American Union Life Insurance Company.

PER CURIAM. The order, as proposed, amended so as to read as follows: It is ordered that said order of affirmance and said judgment be each amended by inserting therein the following clause: "This decision is not the unanimous decision of said court;" and, as so amended, the proposed motion granted. See 52 N. Y. Supp. 910.